700

No. 582. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* RANKIN, EXECUTOR. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. John W. Townsend* for respondent.

No. 594. FEDERAL LAND BANK OF ST. LOUIS *v.* PRIDDY, CIRCUIT JUDGE. February 4, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Scott W. Hovey, John Thorpe, Peyton R. Evans,* and *J. R. Crocker,* and *Miss May T. Bigelow* for petitioner. *Mr. C. C. Wait* for respondent.

No. 601. PETERS PATENT CORP. *v.* BATES & KLINKE, INC. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Joseph B. Jacobs, Benjamin A. Levy,* and *Harold E. Cole* for petitioner. *Mr. Herbert B. Barlow* for respondent.

No. 611. IVANHOE BUILDING & LOAN ASSN. *v.* ORR, TRUSTEE. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Maurice J. Zucker* and *Abraham Alboum* for petitioner. *Messrs. Charles E. Hendrickson* and *Saul Nemser* for respondent.

No. 602. HARTLEY, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. H. B. Fryberger, H. C.*